

585 STEWART AVENUE
SUITE 615
GARDEN CITY, NY 11530
TEL: 516.858.5887
FAX: 516.858.5867

November 8, 2024

<u>VIA ECF</u>

Hon. Lewis J Liman
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

RE:  Juan Igartua v. BK Exotic Outlet, LLC
United States District Court for the Southern District of New York
Docket No.: 1:24-cv-07091(ER)

Dear Judge Liman:

I am counsel for the defendant in this action. The parties are currently exploring the possibility of a resolution of this matter. In furtherance of these efforts, I respectfully request an extention the time to answer the compliant.

Accordingly, respondents respectfully request that the time for filing an answer be extended by 30 days, to and including December 8, 2024. Because the 30-day period ends on a Sunday we respectfully request the deadline be extended to Monday, December 9, 2024. Counsel for the plaintiff, Juan Igartua, has informed me by telephone that the plaintiff does not object to this request.

Sincerely,

Michael James, Esq.

cc:  Mitch Pomerance, Esq.
Joseph & Norinsberg, LLC
mitch@employeejustice.com