

**THE JAMES FIRM**
COUNSELLORS AT LAW

585 STEWART AVENUE
SUITE 615
GARDEN CITY, NY 11530
TEL: 516.858.5887
FAX: 516.858.5867

## MEMO ENDORSED

November 25, 2024

> The application is  _X_  granted
> _____ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: __11/25/2024__
> New York, New York

<u>VIA ECF</u>

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Juan Igartua v. BK Exotic Outlet, LLC
       United States District Court for the Southern District of New York
       Docket No.: 1:24-cv-07091(ER)

Dear Judge Ramos:

My sincere apologies for addressing the previous letter to Judge Liman. I am counsel for the defendant in this action. The parties are currently exploring the possibility of a resolution of this matter. In furtherance of these efforts, I respectfully request an extention the time to answer the compliant.

Accordingly, respondents respectfully request that the time for filing an answer be extended by 30 days, to and including December 8, 2024. Because the 30-day period ends on a Sunday we respectfully request the deadline be extended to Monday, December 9, 2024. Counsel for the plaintiff, Juan Igartua, has informed me by telephone that the plaintiff does not object to this request.

Sincerely,

_[signature]_

Michael James, Esq.

cc:   Mitch Pomerance, Esq.
      Joseph & Norinsberg, LLC
      mitch@employeejustice.com