AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JUAN IGARTUA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-CV-07091-ER |
| BK EXOTIC OUTLET LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                              .

Date: 12/20/2024

s/ Arjeta Albani
*Attorney's signature*

Arjeta Albani  5654587
*Printed name and bar number*

110 East 59th Street. Suite 2300
New York, N.Y. 10022

*Address*

arjeta@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*